ELIAS J. BEACH, RESPONDENT, v. HENRY BAINBRIDGE, APPELLANT.

*Summary proceedings — service of summons —jurisdiction.*

Summary proceedings were instituted before a justice of the peace in the city of Brooklyn, to recover possession of certain premises situated in said city. Two affidavits of the service of the summons were contained in the judgment record, one showing its service upon the defendant in the city of New York, and one by affixing, and leaving so affixed, a true copy of said summons upon a conspicuous part of the premises described in said summons, there being, at the time, no person residing in, or employed on said premises." *Held* (1), that the service of the summons in New York was invalid, as made beyond the jurisdiction of the court issuing it; (2), that it did not appear from the second affidavit that the defendant had no residence in Brooklyn, or, if he had one, that no person of suitable age and discretion, on whom the service might be made, could be found there; (3), that as it did not appear from the record that the justice had acquired jurisdiction of the proceeding, the judgment was void.

APPEAL from a judgment in favor of the plaintiff entered upon the trial of this action by the court without a jury.

*Jas. W. Monk*, for the appellant. *Elias J. Beach*, in person, for the respondent.

Opinion by BARNARD, P. J. TALCOTT and PRATT, JJ., concurred.

Judgment reversed and new trial granted, costs to abide the event.